**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDISON LEODAN LUNA LEON,

     Petitioner,

v.

PAMELA BONDI, in her official capacity as Attorney General of the United States; DAREN K. MARGOLIN, in his official capacity as Director for the Executive Office for Immigration Review; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; and GEORGE DEDOS, in his official capacity as Warden of the Cibola County Correctional Center,

     Respondents.

Case No. 1:26-cv-00147-MIS-JHR

**ORDER DIRECTING SERVICE AND ORDER TO SHOW CAUSE**

**THIS MATTER** is before the Court on Petitioner Edison Leodan Luna Leon's Emergency Petition for Writ of Habeas Corpus, ECF No. 2.

**IT IS ORDERED** that Petitioner shall serve the Petition for Writ of Habeas Corpus and this Order on each of the individual Respondents pursuant to the Federal Rules of Civil Procedure. Petitioner shall file a certificate of service on the docket once this has been completed. If counsel enters an appearance on Respondents' behalf, they may accept service of those documents. The

Court shall provide a courtesy copy of this Order to the United States Attorney's Office for the District of New Mexico at the following email address, USANM.Civil.Immigration@usdoj.gov.

**IT IS FURTHER ORDERED** that the Respondents shall respond to the Petition and **SHOW CAUSE** why the Petition shall not be granted within **three (3) days** of service of the Petition.

**IT IS FURTHER ORDERED** that Petitioner may file a reply brief within **three (3) days** after the answer is filed.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE