**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

EDISON LEODAN LUNA LEON,

Petitioner,

v.

Case No. 1:26-cv-00147-MIS-JHR

PAMELA BONDI, in her official capacity as Attorney General of the United States; DAREN K. MARGOLIN, in his official capacity as Director for the Executive Office for Immigration Review; KRISTI NOEM, in her official capacity as Secretary of the Department of Homeland Security; TODD M. LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement; MARY DE ANDA-YBARRA, in her official capacity as Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; and GEORGE DEDOS, in his official capacity as Warden of the Cibola County Correctional Center,

Respondents.

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Edison Leodan Luna Leon and against Respondents Pamela Bondi, Darren K. Margolin, Kristi Noem, Todd Lyons, Mary De Anda-Ybarra and George Dedos.

Margaret Strickland

**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE